```
 1  McGREGOR SCOTT
    United States Attorney
 2  BOBBIE MONTOYA
    Assistant United States Attorney
 3  (916) 554-2700
    GERALYN A. GULSETH
 4  Special Assistant United States Attorney
    Telephone: (415) 977-8923
 5  501 I Street, Suite 10-100
    Sacramento, California 95814-2322
 6
    Attorneys for Defendant
 7
```

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| EARLDENE GIBSON, ) | CIVIL NO. S-01-1579 DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER AWARDING COSTS AND |
| ) | MODIFYING 406(b) FEE ORDER |
| JO ANNE B. BARNHART, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

17        Subject to the approval of this Court, the Commissioner,

18 through her undersigned counsel, and Bruce Hagel, the attorney

19 for Plaintiff Earldene Gibson, agree that Mr. Hagel will be paid

20 one hundred and fifty dollars and no cents ($150.00) in costs

21 under the Equal Access to Justice Act (EAJA) for the above-

22 captioned Social Security action.  28 U.S.C. § 2412.  This

23 payment of costs will be certified by the Office of the United

24 States Attorney to the Department of the Treasury for payment

25 from the Judgment Fund.

26 /////

27 /////

28 /////

1

The Commissioner and attorney Hagel further stipulate that this Court's December 6, 2005 order will be slightly modified to provide that Mr. Hagel will reimburse the EAJA fee award of $3,000 to Plaintiff Earldene Gibson.

DATED: December 13, 2005   Respectfully submitted

                             McGREGOR SCOTT
                             United States Attorney
                             BOBBIE MONTOYA
                             Assistant United States Attorney

By   /s/ Bobbie J. Montoya for
     GERALYN A. GULSETH
     Special Assistant U.S. Attorney

     Attorneys for Defendant

DATED: December 13, 2005   /s/ Bruce Hagel
                             BRUCE HAGEL
                             Attorney at Law

                             Attorney for Plaintiff

IT IS SO ORDERED.

DATED: December 15, 2005.

                             DALE A. DROZD
                             UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/gibson1579.stipord